# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| LARRY GRAHAM, et al., | ) |
| Plaintiffs, | ) |
| v. | ) No. 03-0955-CV-W-FJG |
| PHILLIP D. SMITH, d/b/a Little Beaver Trucking, Inc. | ) |
| Defendant | ) |
| and | ) |
| BRENDA CHISHOLM, | ) |
| Plaintiff | ) |
| v. | ) No. 04-0347-CV-W-FJG |
| PHILLIP D. SMITH, d/b/a Little Beaver Trucking, Inc. | ) |
| Defendant. | ) |

## ORDER

On May 17, 2005, the Court held a teleconference with the parties regarding defendant's Motion to Quash the Deposition of James R. Loumiet (Doc. # 61). After reviewing the Motion, plaintiff's Response and defendant's reply, the Court hereby **GRANTS** without prejudice defendant's Motion to Quash.

Date: May 19, 2005　　　　　　　　　　　　**S/ FERNANDO J. GAITAN, JR.**
Kansas City, Missouri　　　　　　　　　　　Fernando J. Gaitan, Jr.
　　　　　　　　　　　　　　　　　　　　　United States District Judge